KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234
    tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>  v. )<br>ROBERT HANNA, )<br>       Defendant. ) | No.  CR 06-0775 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME<br>18 U.S.C. §3161(h)(8)(A) & (B)<br><br>SAN FRANCISCO VENUE |

     The parties stipulate as follows:

     1. The government and attorney Roy E. Miller on behalf of the defendant, who was present, appeared before the Honorable Phyllis J. Hamilton on December 21, 2006 for a Trial Setting Hearing.  The parties agreed, and the Court found and held, as follows:

     2. The parties have agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  As government counsel advised the Court, the continuance is necessary because there are over one thousand images in discovery, which defense counsel may need multiple

STIPULATION AND [PROP.] ORDER
CR 06-0775 PJH

opportunities to view, inspect or examine in the presence of law enforcement as mandated by the Adam Walsh Act.  The continuance is also necessary because defense counsel is in the process of seeking a forensic expert, and he would need additional time to do so for effective preparation, taking into account due diligence.

3. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 21, 2006 to February 28, 2007, outweigh the best interest of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 21, 2006 to February 28, 2007 be excluded from Speedy Trial calculations under 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

5. In light of the need for additional time to provide discovery, review discovery, and effectively prepare, the parties stipulated that time from December 21, 2006 to February 28, 2007 should be excluded from the Speedy Trial Act calculations on the basis of effective preparation of both defense counsel and the United States.

**IT IS SO STIPULATED**.

DATED:   12/22/06                                  /s/
                                                                TAMARA WEBER
                                                                Special Assistant United States Attorney

DATED:   12/22/06                                  /s/
                                                                ROY E. MILLER
                                                                Attorney for ROBERT HANNA

**IT IS SO ORDERED**.  The parties shall appear on February 28, 2007 at 2:30 p.m. for Trial/Motion Setting Hearings.  The time from December 21, 2006 to February 28, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.

DATED: 12/22/06
                                                                THE HON. PHYLLIS J. HAMILTON
                                                                United States District Judge

STIPULATION AND [PROP.] ORDER
CR 06-0775 PJH                                 2